# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FREDERICK BROWN

VERSUS

UNITED SPECIALTY INSURANCE
COMPANY, PATHOLOGY GROUP OF
LOUISIANA, APMC AND TIANA
ELL

NO.  2020 CW 0804

SEPTEMBER 03, 2020

---

In Re:    Fireman's  Fund  Insurance  Company,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 657073.

---

**BEFORE:   McCLENDON, WELCH, THERIOT, HOLDRIDGE AND WOLFE, JJ.**

    **STAY DENIED; WRIT GRANTED.**  The trial court's September 1, 2020 ruling which granted plaintiff's motion in limine to exclude plaintiff's Social Security Administration records is reversed.  See **Gilchrist v. Ozone Spring Water Co.**, 93-2515 (La. App. 4th Cir. 6/30/94), 639 So.2d 489, 495-96.  Plaintiff's motion in limine seeking to exclude plaintiff's Social Security Administration records is denied.

**PMc**
**JEW**
**MRT**

    **Holdridge, J.,** concurs in part and dissents in part.  From the showing made, relator failed to establish that the records are admissible in the relator's case-in-chief.  However, the court erred in omitting the records for all purposes as the records may be admissible for impeachment purposes on cross-examination or other purposes to discredit the testimony of a witness.  I concur with the denial of the stay request.

    **Wolfe, J.,** concurs in part and dissents in part.  I concur with the denial of the stay request, but dissent and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT